Decided March 17, 1998

STANLEY CHANCE *v.* COMMISSIONER OF CORRECTION

The petitioner Stanley Chance's petition for certification for appeal from the Appellate Court, 47 Conn. App. 539 (AC 16327), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided March 17, 1998